**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MAURO ANTONIO DURAN CAMACHO, *Plaintiff* | § § § | |
| v. | § | Case No. A-26-CV-01614-XR |
| SYLVESTER M. ORTEGA, *et al.*, *Defendants* | § § § | |

## ORDER GRANTING MOTION TO DISMISS

On this date, the Court considered Petitioner's motion to voluntarily dismiss his petition pursuant to Federal Rule of Civil Procedure 41(a)(2). ECF No. 7

After careful consideration, Petitioner's motion (ECF No. 7) is **GRANTED**, and his claims are **DISMISSED WITHOUT PREJUDICE**.

A final judgment will issue pursuant to Rule 58.

It is so **ORDERED**.

**SIGNED** this October 29, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE